PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>vs.   )<br>  )<br>**Michael KOERNER**   )<br>  ) | **Docket Number:  2:02CR00064-03** |

On December 19, 2002, the above-named was placed on Supervised Release for a period of 5 years, which commenced on September 2, 2005. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY
Senior United States Probation Officer**

Dated:   June 11, 2009
    Roseville, California
    TES:cd

**REVIEWED BY:**    /s/ Richard A. Ertola
    **RICHARD A. ERTOLA
    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Michael KOERNER**
   **Docket Number:   2:02CR00064-03**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| July 6, 2009 | /s/ John A. Mendez |
| **Date** | **JOHN A. MENDEZ**<br>**United States District Judge** |

TES:cd
Attachment:   Recommendation
cc:   United States Attorney's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
)
vs. )  Docket Number: 2:02CR00064-03
)
Michael KOERNER )
)

## LEGAL HISTORY:

On December 19, 2002, the above-named was placed on Supervised Release for a period of 5 years, which commenced on September 2, 2005. Special conditions included a requirement for Search; Financial restrictions and disclosure; Correctional treatment and testing; Copayment for treatment or testing; and Drug registration.

## SUMMARY OF COMPLIANCE:

Koerner has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Koerner has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:** **Michael KOERNER**
**Docket Number:  2:02CR00064-03**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                        Respectfully submitted,

                        /s/ Terence E. Sherbondy

                      **TERENCE E. SHERBONDY**
                      **Senior United States Probation Officer**

Dated:       June 11, 2009
              Sacramento, California
              TES:cd

**REVIEWED BY:**      /s/ Richard A. Ertola
                      **RICHARD A. ERTOLA**
                      **Supervising United States Probation Officer**

cc:    AUSA Carolyn K. Delaney (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)